IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT EDMUNDO ARMENDAREZ, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABB, INC., ) <br> Defendant/Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ATS SPECIALIZED, INC., ) <br> Third-Party Defendant. ) | Civil Action No. 7:07CV00557 <br><br><br><br> **FINAL ORDER** <br><br><br><br><br> By: Hon. James C. Turk <br> Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that ABB's motion for summary judgment (Dkt. No. 8) and ATS's motion for summary judgment (Dkt. No. 19) will be **GRANTED**. These grants of summary judgment render **MOOT** ABB's third-party complaint against ATS.

The Clerk is directed to strike the case from the active docket of the Court, and send copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 15th day of October, 2008.

/s/ James C. Turk
Senior United States District Judge